**Slip Op. 02-132**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  CARMAN, CHIEF JUDGE**

---

|  |  |  |
|---|---|---|
| **FORD MOTOR COMPANY, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Court No. 92-03-00164** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant,** | : | |
| | : | |

---

## ORDER

Upon reading Plaintiff's Motion for Entry of Judgment: upon Defendant's consent thereto and upon discussion with parties and upon consideration of other papers and proceedings herein, it is hereby

**ORDERED** that a certain Order dated October 18, 2002 signed by the Court in this proceeding and designated as Slip Op. 02-127 is hereby vacated; and it is further

**ORDERED** that Plaintiff's motion be, and hereby is granted; and it is further

**ORDERED** that judgment be, and hereby entered for plaintiff, Ford Motor Company; and it is further

**ORDERED** that the entries covered by this action be deemed liquidated by operation of law "as entered" under 19 U.S.C. 1504(a) (1982); and it is further

**ORDERED** that Customs reliquidate the entries covered by this action in accordance with this Order and refund to Ford Motor Company the increase in duties assessed together with interest from the date of payment of the increased duties to the date of reliquidation.

_____
Gregory W. Carman,
Chief Judge

Dated: October 28, 2002
      New York, New York

2